

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00046-CV

## IN RE STEVE BUMPAS CUSTOM HOMES, INC.

## Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed April 23, 2015
[OT06]

